# Exhibit 1
# Sample Statements

07/06/2023 0832                **Owner Operator Settlement Summary**                Page 1

## GoldCoast Logistics

1425 Madeline Ln, Elgin, IL, 60124, Phone: 312-533-4993

**Check # :**    **D0062394**

**Pay period: 06/20/2023 - 06/26/2023**      **Check date:**    **07/07/2023**

**For    103266**      **Ealom, Anthony Elcharles**      Email: █████████████████

**Distance Pay Rates-**    **Single Loaded:    $0.6500    Single Empty:    $0.2500    Team Loaded:    $0.3250    Team Empty:    $0.1250**

| Origin | | Destination | | Loaded | Miles | Tractor | Ship DT | Delivery DT | Rate | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|

**SETTLEMENT    0106284**

| Origin | | Destination | | Loaded | Miles | Tractor | Ship DT | Delivery DT | Rate | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| BELLEFONTAINE | OH | CANTON | OH | Empty | 155.0 | 875472 | 06/19/23 | 06/20/23 | 0.2500 Per mile | $38.75 |
| CANTON | OH | BLACK MOUNTAIN | NC | Loaded | 490.0 | 875472 | 06/20/23 | 06/21/23 | 0.6500 Per mile | $318.50 |
| | | | | | | | | | **ORDER TOTAL** | $357.25 |

**SETTLEMENT    0106399**

| Origin | | Destination | | Loaded | Miles | Tractor | Ship DT | Delivery DT | Rate | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| BLACK MOUNTAIN | NC | ARDEN | NC | Empty | 21.0 | 875472 | 06/21/23 | 06/21/23 | 0.2500 Per mile | $5.25 |
| ARDEN | NC | NEW CANEY | TX | Loaded | 1009.0 | 875472 | 06/21/23 | 06/23/23 | 0.6500 Per mile | $655.85 |

**Order Deductions/Earnings**

| Type | Description | Memo | Date | Unit | Rate | |
|---|---|---|---|---|---|---|
| Deduction | trl washout CPM | 144740039 | 06/23/23 | 1.00 | 100.000 | -$100.00 |
| | | | | | **ORDER TOTAL** | $561.10 |

**SETTLEMENT    0106684**

| Origin | | Destination | | Loaded | Miles | Tractor | Ship DT | Delivery DT | Rate | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW CANEY | TX | FREEPORT | TX | Empty | 89.0 | 875472 | 06/23/23 | 06/23/23 | 0.2500 Per mile | $22.25 |
| FREEPORT | TX | HAMMOND | WI | Loaded | 1272.0 | 875472 | 06/23/23 | 06/26/23 | 0.6500 Per mile | $826.80 |

**Order Deductions/Earnings**

| Type | Description | Memo | Date | Unit | Rate | |
|---|---|---|---|---|---|---|
| Deduction | escort fee, FrankCarl | 144742167 | 06/23/23 | 1.00 | 100.000 | -$100.00 |
| | | | | | **ORDER TOTAL** | $749.05 |

**SETTLEMENT    0106808**

| Origin | | Destination | | Loaded | Miles | Tractor | Ship DT | Delivery DT | Rate | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|
| HAMMOND | WI | WHITEHALL | WI | Empty | 94.0 | 875472 | 06/26/23 | 06/26/23 | 0.2500 Per mile | $23.50 |
| | | | | | | | | | **ORDER TOTAL** | $23.50 |

**SUBTOTAL FOR DRIVER 103266**

| | |
|---|---|
| ORDER PAY: | $1,890.90 |
| DRIVER DEDUCTIONS: | -$200.00 |
| DRIVER NET PAY: | $1,690.90 |

Anthony E. Ealom

████████████████

██████████████████████

07/06/2023 0832

# Owner Operator Settlement Summary

## GoldCoast Logistics

1425 Madeline Ln, Elgin, IL, 60124, Phone: 312-533-4993

Page 2

| | | | |
|---|---|---|---|
| | | **Check # :** | **D0062394** |
| | **Pay period: 06/20/2023 - 06/26/2023** | **Check date:** | **07/07/2023** |

**For  103266  Ealom, Anthony Elcharles  Email:** ▮▮▮▮▮▮▮

**Distance Pay Rates-  Single Loaded:  $0.6500  Single Empty:  $0.2500  Team Loaded:  $0.3250  Team Empty:  $0.1250**

| Origin | Destination | Loaded | Miles | Tractor | Ship DT | Delivery DT | Rate | Net Pay |
|---|---|---|---|---|---|---|---|---|

### DEDUCTIONS

| Order Number | Description | Memo | Date | Unit | Rate | |
|---|---|---|---|---|---|---|
| | Equipment Recovery Fee | | 06/26/23 | 1.00 | 2500.000 | -$2,500.00 |
| | Unapproved DH miles to OH | | 06/26/23 | 1.00 | 845.000 | -$845.00 |
| | Truck Rental 2 days 7/4 7/5 | | 06/26/23 | 1.00 | 350.000 | -$350.00 |
| | FLIGHT TICKET /RIDESHARE /TAXI | | 06/26/23 | 1.00 | 247.980 | -$247.98 |
| | Occupational Insurance | | 06/26/23 | 1.00 | 40.000 | -$40.00 |
| | Driver Legal Plan | | 06/26/23 | 1.00 | 10.000 | -$10.00 |
| | | | | | | -$3,992.98 |

### REIMBURSEMENTS

| Order Number | Description | Memo | Date | Unit | Rate | |
|---|---|---|---|---|---|---|
| | Trl Washout CPM | 144740039 | 06/26/23 | 1.00 | 100.000 | $100.00 |
| | | | | | | $100.00 |

### PAY SUMMARY

| | Units | Gross Pay | Rate | |
|---|---|---|---|---|
| Total Miles | 2771.00 | | 0.6500 | $1,801.15 |
| Total Miles | 359.00 | | 0.2500 | $89.75 |

| | |
|---|---|
| ORDER PAY: | $1,890.90 |
| TOTAL GROSS EARNINGS: | $1,890.90 |
| DEDUCTIONS: | -$4,192.98 |
| EXPENSE REIMBURSEMENTS: | $100.00 |
| NET PAY: | -$2,202.08 |

### DISPATCH SUMMARY

| | |
|---|---|
| ORDERS: | 4 |
| MOVES: | 7 |
| LOADED MILES: | 2771.0 |
| EMPTY MILES: | 359.0 |
| TOTAL MILES: | 3130.0 |

07/06/2023 0832

**Owner Operator Settlement Summary**

GoldCoast Logistics

1425 Madeline Ln, Elgin, IL, 60124, Phone: 312-533-4993

Page 3

| | | Check # : | D0062394 |
|---|---|---|---|

**Pay period: 06/20/2023 - 06/26/2023**          Check date:   07/07/2023

**For    103266          Ealom, Anthony Elcharles**          Email:

**Distance Pay Rates-   Single Loaded:   $0.6500   Single Empty:   $0.2500   Team Loaded:   $0.3250   Team Empty:   $0.1250**

| Origin | Destination | Loaded | Miles | Tractor | Ship DT | Delivery DT | Rate | Net Pay |
|---|---|---|---|---|---|---|---|---|

**ESCROW ACTIVITY**

| 2101-00-00-00 | ELD Deposit | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | PREVIOUS BALANCE: | | | | $200.00 | | | |
| 2100-00-00-00 | Escrow Liability | | | | | | | |
| | PREVIOUS BALANCE: | | | | $2,500.00 | | | |

**YTD SUMMARY**

EARNINGS:          $33,123.30

11/08/2023 1423

# Owner Operator Settlement Summary

## GoldCoast Carriers

20 East Thomas Rd, Pheonix, AZ, 85012, Phone: 312-436-0281

Page 2

|  |  |  | **Check # :** | **D0068419** |
|---|---|---|---|---|
|  | **Pay period: 10/24/2023 - 10/30/2023** | | **Check date:** | **11/10/2023** |

**For    104459        Fernandez, Miguel                Email:** ▮▮▮▮▮▮

**Distance Pay Rates-    Single Loaded:    $0.6500    Single Empty:    $0.2500    Team Loaded:    $0.3250    Team Empty:    $0.1250**

| Origin | Destination | Loaded | Miles | Tractor | Ship DT | Delivery DT | Rate | Net Pay |
|---|---|---|---|---|---|---|---|---|

### DEDUCTIONS

| Order Number | Description | Memo | Date | Unit | Rate |  |
|---|---|---|---|---|---|---|
|  | Drug Test |  | 10/24/23 | 1.00 | 90.000 | -$90.00 |
|  | Occupational Insurance 4 days |  | 10/30/23 | 4.00 | 5.710 | -$22.84 |
|  |  |  |  |  |  | -$112.84 |

### PAY SUMMARY

|  |  | Units | Gross Pay | Rate |  |
|---|---|---|---|---|---|
|  | Total Miles | 1165.00 |  | 0.6500 | $757.25 |
|  | Total Miles | 402.00 |  | 0.2500 | $100.50 |
|  |  |  | ORDER PAY: |  | $857.75 |
|  |  |  | TOTAL GROSS EARNINGS: |  | $857.75 |
|  |  |  | DEDUCTIONS: |  | -$112.84 |
|  |  |  | NET PAY: |  | $744.91 |

### DIRECT DEPOSIT DISTRIBUTION

| Acct type | Bank ABA # | Acct number | Acct distribution | Amount |
|---|---|---|---|---|
| Checking | 101019084 | *********1604 | 100.00% | $744.91 |

### DISPATCH SUMMARY

| | |
|---|---|
| ORDERS: | 2 |
| MOVES: | 4 |
| LOADED MILES: | 1165.0 |
| EMPTY MILES: | 402.0 |
| TOTAL MILES: | 1567.0 |

### YTD SUMMARY

| | |
|---|---|
| EARNINGS: | $857.75 |

11/15/2023 1441

**Owner Operator Settlement Summary**

Page 1

GoldCoast Logistics

1425 Madeline Ln, Elgin, IL, 60124, Phone: 312-533-4993

**Check # :**  D0068721

**Pay period: 10/31/2023 - 11/06/2023**     **Check date:**  11/17/2023

**For    104459        Fernandez, Miguel**          **Email:** ███████████

**Distance Pay Rates-**  Single Loaded:  $0.6500  Single Empty:  $0.3000  Team Loaded:  $0.3250  Team Empty:  $0.1500

| Origin | | Destination | | Loaded | Miles | Tractor | Ship DT | Delivery DT | Rate | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|

**SETTLEMENT    0116341**

| DALLAS | TX | OPELIKA | AL | Loaded | 709.0 | 211007 | 10/29/23 | 10/31/23 | 0.6500 Per mile | $460.85 |

**Order Deductions/Earnings**

| Type | Description | Memo | Date | Unit | Rate | |
|---|---|---|---|---|---|---|
| Earning | Empty Miles TX-TX | | 11/06/23 | 15.00 | 0.300 | $4.50 |
| | | | | **ORDER TOTAL** | | $465.35 |

**SETTLEMENT    0116552**

| OPELIKA | AL | SYLACAUGA | AL | Empty | 66.0 | 211007 | 10/31/23 | 11/01/23 | 0.3000 Per mile | $19.80 |
| SYLACAUGA | AL | AUBURN | MA | Loaded | 1141.0 | 211007 | 11/01/23 | 11/03/23 | 0.6500 Per mile | $741.65 |
| | | BRIDGEPORT | CT | Delivery | | | | | | |

**Order Deductions/Earnings**

| Type | Description | Memo | Date | Unit | Rate | |
|---|---|---|---|---|---|---|
| Earning | Extra Pay for Driver | | 11/06/23 | 1.00 | 20.000 | $20.00 |
| | | | | **ORDER TOTAL** | | $781.45 |

**SETTLEMENT    0116797**

| AUBURN | MA | WESTBOROUGH | MA | Empty | 16.0 | 211007 | 11/03/23 | 11/03/23 | 0.3000 Per mile | $4.80 |
| WESTBOROUGH | MA | COTTONWOOD | AL | Loaded | 1288.0 | 211007 | 11/03/23 | 11/05/23 | 0.6500 Per mile | $837.20 |
| | | | | | | | | **ORDER TOTAL** | | $842.00 |

**SUBTOTAL FOR DRIVER 104459**

ORDER PAY:                $2,088.80

Miguel Fernandez

███████████

███████████