# Exhibit 2
# Consent-to-Sue Form

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**(Eastern Division)**

| | |
|---|---|
| ANTHONY EALOM and MIGUEL FERNANDEZ, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDCOAST CARRIERS INC., and DMG CONSULTING & DEVELOPMENT INC.,<br><br>Defendant. | **CONSENT TO SUE** |

I consent to become a plaintiff in this case in connection with my claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and to be bound by the decisions and judgments of the Court and any settlement or resolution of the above-entitled lawsuit. I hereby designate Workplace Law Partners, P.C., and Fair Work P.C. as my counsel for all purposes in connection with this lawsuit.

**NAME:** _____Anthony Ealom_____

**SIGNATURE:** _____*Anthony Ealom*_____

**DATE:** _____06/20/2024 19:09 UTC_____

1