# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Anthony Ealom, et al.
                               Plaintiff,

v.                                         Case No.: 1:24−cv−05217
                                                Honorable Robert W. Gettleman

Goldcoast Carriers, Inc., et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 16, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing held on 10/16/2025. Defendant did not appear. For the reasons stated on the record, Plaintiffs' Motion for Default Judgment and Memorandum in Support Thereof [40] is granted. Enter Judgment Order. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.