**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**(Eastern Division)**

|  |  |
|---|---|
| ANTHONY EALOM, DEXTER BLANDIN, JOHN ELMS, MIGUEL FERNANDEZ, and JIMMY VANEGAS,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDCOAST CARRIERS INC., DMG CONSULTING & DEVELOPMENT INC., and DRAGOS SPRINCEANA,<br><br>Defendants. | Case No. 1:24-cv-05217 |

## **JUDGMENT ORDER**

Plaintiffs Anthony Ealom, Dexter Blandin, John Elms, Miguel Fernandez, and Jimmy Vanegas ("Plaintiffs") have moved this Court for an order granting default judgment in this action against Defendants GoldCoast Carriers Inc., DMG Consulting & Development Inc., and Dragos Sprinceana ("Defendants") under Fed. R. Civ. P. 55(b). Upon review of the Motion for Default Judgment ("Motion"), accompanying exhibits and declarations, and having heard argument on October 16, 2025, the Court hereby grants the Motion, enters judgment against Defendants pursuant to Fed. R. Civ. P. 55(b)(1), and finds and orders as follows:

1.      Defendants have failed to plead or otherwise defend in this action as provided for by Fed. R. Civ. P. 55(a). The Court has held Defendants in default since August 28, 2025. Defendants submitted no response or opposition to the Motion for Default Judgment. No Defendant, nor anyone purporting to represent Defendants, appeared at the hearing on October 16, 2025.

1

2.     By the allegations set forth in their First Amended Complaint, ECF No. 30, and the facts set forth in their declarations and accompanying documents, Plaintiffs have established that Defendants are liable under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 206 (Amend. Compl, Count I), and the Illinois Wage Payment and Collection Act ("IWPCA"), 820 ILCS 115/9 and 115/9.5 (Amend. Compl., Count II).

3.     Plaintiffs Anthony Ealom, Dexter Blandin, and Jimmy Vanegas are entitled to their minimum wage damages plus an equal amount in liquidated damages under the FLSA in the following amounts:

| Plaintiff | Damages | Liquidated | Total |
|---|---|---|---|
| Anthony Ealom | $833.75 | $833.75 | $1,667.50 |
| Dexter Blandin | $290.00 | $290.00 | $580.00 |
| Jimmy Vanegas | $290.00 | $290.00 | $580.00 |

4.     Plaintiffs Anthony Ealom, Dexter Blandin, John Elms, Miguel Fernandez, and Jimmy Vanegas are entitled to damages for their unpaid wages and underpaid wages plus liquidated damages at the statutory rate of 5 percent per month under the IWPCA in the following amounts:

| Plaintiff | Damages | Liquidated | Total |
|---|---|---|---|
| Anthony Ealom | $8,812.81 | $11,897.29 | $20,710.10 |
| Dexter Blandin | $3,932.84 | $2,280.23 | $6,213.07 |
| John Elms | $4,078.60 | $4,069.75 | $8,148.35 |
| Miguel Fernandez | $4,595.11 | $4,191.77 | $8,786.88 |
| Jimmy Vanegas | $5,559.86 | $4,328.76 | $9,888.62 |

5.     Based on the foregoing, the Court hereby assesses damages and enters judgment in favor of Plaintiffs, against Defendants, pursuant to Fed. R. Civ. P. 55(b)(2), in the following aggregate sums:

2

| Plaintiff | Judgment |
|---|---|
| Anthony Ealom | $22,377.60 |
| Dexter Blandin | $6,793.07 |
| John Elms | $8,148.35 |
| Miguel Fernandez | $8,786.88 |
| Jimmy Vanegas | $10,468.62 |

6.      Plaintiffs are entitled to their reasonable attorneys' fees and costs incurred pursuing this action under the FLSA, 29 U.S.C. § 216(b), and the IWPCA, 820 ILCS 115/14(a). For purposes of awarding fees and costs, Plaintiffs have submitted declarations from their counsel Brant Casavant of the firm Fair Work P.C. and Martin Stainthorp of the firm Workplace Law Partners, P.C., documenting their hourly rates, hours expended in this matter, and expenses incurred. Upon review of those materials, the Court finds the Plaintiffs requested fees and costs are reasonable. The Court awards fees and costs to Fair Work P.C. in the amount of $30,837.50 and fees and costs to Workplace Law Partners, P.C., in the amount of $17,291.59.

Accordingly, it is hereby **ORDERED** that Plaintiffs' Motion for Default Judgment is **GRANTED**; that judgment enter in the sums specified in paragraph 5 in favor of Plaintiffs and against Defendants; that Plaintiffs be awarded their attorneys' fees and costs in the sums specified in paragraph 6; and that this action be **TERMINATED**.

Date:   October 16, 2025

United States District Judge
Robert W. Gettleman

3